UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES PIERSON,

        Petitioner,         Case No. 1:10cv455

v.         Hon. Robert J. Jonker

MARY BERGHUIS,

        Respondent.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 9, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 9, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the petitioner's habeas petition is **DENIED**. Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

                  /s/ Robert J. Jonker
                  ROBERT J. JONKER
                  UNITED STATES DISTRICT JUDGE

DATED: August 12, 2013.